**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**JEFFREY A. CARAMEROS,**

    **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　　　　　Case No: 5:12-cv-473-Oc-10PRL

**OCALA PULMONARY ASSOCIATES,**
**P.A.**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's motion to extend the August 5, 2013 mediation deadline. (Doc. 20). Although the parties intend to mediate this case, they have not agreed upon a mediator or scheduled a mediation date. Plaintiff requests that the Court extend the deadline until September 27, 2013.[1]

Upon due consideration, Plaintiff's motion (Doc. 20) is **GRANTED**. The parties' mediation deadline is extended until **September 27, 2013**. The parties promptly shall confer and select a mutually agreeable mediator and mediation date. The parties shall file a notice advising the Court of the selected mediator and date for mediation on or before **August 1, 2013**. Upon filing the notice, the Court will enter an order referring this case to mediation pursuant to Chapter Nine of the Local Rules.

**DONE** and **ORDERED** in Ocala, Florida on July 22, 2013.

---

[1] Plaintiff's counsel represents that while Defendant's counsel does not oppose an extension of the mediation deadline, counsel has not expressed any opinion on the length of the requested extension.

- 2 -

*[signature]*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties